HON. JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 18-240JLR |
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE |
| vs. | |
| RICHARD SHARON, | ~~(PROPOSED)~~ [signature] |
| Defendant. | |

Based on the Defendant's unopposed motion to continue the trial date and extend the due date for pretrial motions, the Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

3. The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself

ORDER GRANTING UNOPPOSED MOTION
TO CONTINUE TRIAL AND PRETRIAL
MOTIONS DEADLINE  - 1
(Richard Sharon; CR 18-240JLR)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

4. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation of his defense. 18 U.S.C. § 3161(h)(7)(B)(iv).

NOW, THEREFORE,

IT IS ORDERED that the trial date is continued from December 10, 2018, to April 29, 2019.

IT IS FURTHER ORDERED that the resulting period of delay from the date of the order, to April 29, 2019, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

FURTHERMORE, IT IS ORDERED that pretrial motions are due no later than March 1, 2019.

DONE this 5th day of November, 2018.

JAMES L. ROBART
U.S. DISTRICT JUDGE

Presented by:

s/ Nancy Tenney
Assistant Federal Public Defender
Attorney for Richard Sharon

ORDER GRANTING UNOPPOSED MOTION
TO CONTINUE TRIAL AND PRETRIAL
MOTIONS DEADLINE  - 2
(Richard Sharon; CR 18-240JLR)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100