UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 18-240 JLR-BAT |
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE |
| vs. | |
| RICHARD SHARON, | |
| Defendant. | ~~(Proposed)~~ |

The Court has considered Richard Sharon's motion to modify conditions of his release to allow him to visit his family from July 3, 2019 to July 8, 2019, in Lincoln, California. The Court has also considered the records and filed in this case.

IT IS NOW ORDERED that the conditions of Richard Sharon's supervision be modified to allow him to travel to Lincoln, California from July 3, 2019 to July 8, 2019. Prior to his departure, Mr. Sharon must coordinate the removal of his monitoring device with the location monitoring specialist at United States Pretrial Services. In addition, Mr. Sharon is directed to report to Pretrial Services within 24 hours of his return (or the next business day) to have the monitoring equipment reinstalled.

ORDER   1

Dated this 19 day of June, 2019.

_____
BRIAN A. TSUCHIDA
CHIEF UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ *Nicholas Marchi*
**NICHOLAS MARCHI**
Carney & Marchi, P.S.
WSBA # 19982
Attorney for Defendant

ORDER   2